UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: HOWARD & CAROLANN LESLIE

Debtor.

Case Number: 07-47101 PJS
Chapter 13
Judge SHEFFERLY

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser, Suite 330
Southfield, MI 48033
(248) 443-7033
_____/

## Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

Krispen S. Carroll, Chapter 13 Trustee
719 Griswold Street, Suite 1100
Detroit, MI 48226

Dated: January 26, 2010

/s/ William D. Johnson
William D. Johnson P54823
Acclaim Legal Services, LLC
26200 Lahser Road Suite 330
Southfield, MI 48033
248-443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **HOWARD & CAROLANN LESLIE**

Case Number: 07-47101 PJS
Chapter 13
Judge SHEFFERLY

Debtor.

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser, Suite 330
Southfield, MI 48033
(248) 443-7033

## Proposed Chapter 13 Plan Modification

Debtor proposes to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

- Plan payments shall be decrease from $319.00 per Weekly to $35.00 per Weekly (see attached proposed Amended Schedule J)
- The property at 15885 Lesure, Detroit MI 48227 shall be surrendered and the automatic stay shall be lifted as to US Bank Home Mortgage. This modification shall not affect Debtors' right to retain the property in the event their loan is subsequently modified pursuant to MCL 600.3205A(1) and retention of the property becomes feasible.

Following is the effect of this modification on the following classes:
Class One: Modification will allow for full payment to creditor
Class Two: Lifts the automatic stay as to creditor
Class Three: N/A
Class Four: Lifts the automatic stay as to creditor
Class Five: Modification will allow for full payment to creditor
Class Six: N/A
Class Seven: N/A
Class Eight: Modification provides the same dividend as the original Plan, 100%

(See attached liquidation analysis, worksheet and plan calculation)

Dated: January 26, 2010

/s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, LLC
26200 Lahser Road Suite 330
Southfield, MI 48033
248-443-7033
filing@acclaimlegalservices.com

# WORKSHEET

1.  Length of Plan is _____ weeks; __0__ months; _____ years.

    Debtor #1:

2.  $ __0.00__ per pay period x (Monthly) __0__ pay periods per Plan = $ __0.00__ total per Plan

    Debtor #2:

    $ _____ per pay period x ( ) _____ pay periods per Plan = $ _____ total per Plan

3.  $ _____ per period x _____ periods in Plan = _____

4.  Lump Sums: _____ 0.00

5.  Equals total to be paid into the Plan _____ 0.00

6.  Estimated trustee's fees _____ 0.00
7.  Attorney fees and costs _____ 0.00
8.  Total priority claims _____ 0.00
9.  Total installment mortgage or other long-term debt payments _____ 0.00
10. Total of arrearage including interest _____ 0.00
11. Total secured claims, including interest _____ 0.00

    Total of items 6 through 11     $ __0.00__

12. Funds available for unsecured creditors (item 5 minus item 11)     $ __0.00__
13. Total unsecured claims (if all file)     $ __0.00__
14. Estimated percentage to unsecured creditors under Plan (item 12 divided by item 13) __0 %__
15. Estimated dividend to general unsecured creditors if Chapter 7, (see liquidation analysis attached)     $ __0.00__

COMMENTS:

## SEE ATTACHED PLAN CALCULATION

*Model Plan Version 2.0 - 05/01*
6

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

07-47101-pjs    Doc 86    Filed 01/26/10    Entered 01/26/10 12:35:28    Page 3 of 7

# 13Network

**Case Query**

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1

| 07-47101-PJS | HOWARD LESLIE (xxx-xx-2095) | 15885 LESURE • • DETROIT • MI • 48227 | Bar Date(s): | 8/23/2007 (has passed) 10/8/2007 (has passed) |
| --- | --- | --- | --- | --- |
| | CAROLANN LESLIE (xxx-xx-8917) | | Confirmed: | 8/21/2007 |
| Print Inquiry | Trustee: Krispen S. Carroll | $319.00 WK/ | Case Status: | OPEN/ACTIVE |
| | | Attorney: ACCLAIM LEGAL SERVICES | TPI = $37,562.00 BOH = $1,038.00 | |

The data on these pages has not been audited and is provided for general information only.

29 Month(s) since Confirmation UP = $0.00

| Line | Name | Claimed Amount | Mortgage Due | CoB / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **ATTORNEY FEE** | | | | | | | | |
| 1 | ACCLAIM LEGAL SERVICES | $3,797.50 | | | | | $1,038.00 | 35 |
| 2 | ADDED CREDITOR | | | | | | | |
| **PRIOR ATTORNEY** | | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| **ARREARAGE - MORTGAGE/LAND CONTRACT** | | | | | | | | |
| 4 | U S BANK HOME MORTGAGE | $6,879.22 | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| **ARREARAGE - VEHICLE** | | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| **ARREARAGE - OTHER** | | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| **CURR MTG** | | | | | | | | |
| 10 | U S BANK HOME MORTGAGE | $1,237.03 | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| **EXEC CONTRACT - VEHICLE** | | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| **EXEC CONTRACT - NON-VEHICLE** | | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| **DSO CREDITOR - ARREARAGE** | | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| **DSO CREDITOR - CONTINUING** | | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| **PRIORITY** | | | | | | | | |
| 20 | CITY OF DETROIT/INCOME TAXES | $652.00 | | | 7.0000 | $23.05 | | |
| 21 | CITY OF DETROIT/INCOME TAXES | $1,297.00 | | | 7.0000 | $45.86 | | |
| 22 | CITY OF DETROIT/INCOME TAXES | $334.00 | | | 7.0000 | $11.81 | | |
| 23 | STATE OF MICHIGAN CO | $1,135.00 | | | 7.0000 | $40.13 | | |
| 24 | STATE OF MICHIGAN CO | $1,682.92 | | | 7.0000 | $59.50 | | |
| 25 | STATE OF MICHIGAN CO | $324.05 | | | | | $1,844.56 | 31 |
| 26 | ADDED CREDITOR | | | | | | $324.05 | |
| 27 | ADDED CREDITOR | | | | | | | |
| **PROP TAX** | | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| **SECURED** | | | | | | | | |
| 29 | TIDEWATER CREDIT SERVICES | $443.90 | $443.90 | | 12.0000 | $9.87 | $592.56 | 60 |
| 30 | TIDEWATER CREDIT SERVICES | $146.52 | $146.52 | | | | $146.52 | |
| **AUTOMOBILE** | | | | | | | | |
| 31 | | | | | | | | |
| **EQUAL MONTHLY PAYMENT CREDITOR - NON-VEHICLE** | | | | | | | | |
| 32 | ADDED CREDITOR | | | | | | | |
| 33 | ADDED CREDITOR | | | | | | | |
| **EQUAL MONTHLY PAYMENT CREDITOR - VEHICLE** | | | | | | | | |
| 34 | ADDED CREDITOR | | | | | | | |
| 35 | ADDED CREDITOR | | | | | | | |
| | All Unsecured Creditors | | Total Unsecured 1,846.94 | | Percent Allowed 100 | | Amount Allowed $1,846.94 | |

| Plan Terms 31 | Calc | | Unsecured % 100 | Calc | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Debtor 1 Pay Schedules** | | | | **Debtor 2 Pay Schedules** | | | |
| Who's Paying | | Schedule | Amount | Who's Paying | | Schedule | Amount |
| SELF EMPLOYED | | WEEKLY | $35.00 | CAROLANN LESLIE | | MONTHLY | $0.00 |
| HOWARD LESLIE | | MONTHLY | $0.00 | | | | |

| | | | Due to Creditors: | $5,058.12 | Upd | Calc |
| --- | --- | --- | --- | --- | --- | --- |
| | | | In from Debtor: | $5,739.77 | $ | ? |
| Change Line# 0 | OK | | | $10.50 | $ | ? |
| Restart | | | | $151.55 | $ | ? |
| Trustee's % 6 | | | | | | |
| Lump Sum $ 1,038.00 | | | | | | |
| Delete Line 0 | OK | | | | | |

Your Chapter 13 Information Management System

B6J (Official Form 6J) (12/07)

In re  **Howard Leslie**
       **Carolann Leslie**                                             Case No.  **07-47101**
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included? | Yes **X**   No ___ | |
| b. Is property insurance included? | Yes **X**   No ___ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 240.00 |
| b. Water and sewer | | $ 60.00 |
| c. Telephone | | $ 30.00 |
| d. Other  **See Detailed Expense Attachment** | | $ 95.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 75.00 |
| 6. Laundry and dry cleaning | | $ 45.00 |
| 7. Medical and dental expenses | | $ 100.00 |
| 8. Transportation (not including car payments) | | $ 375.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 150.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 225.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 285.00 |
| b. Other  **Anticipated Rent** | | $ 1,200.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **Haircare, toiletries, cleaning supplies** | | $ 125.00 |
| Other  **Misc., License plates, gifts** | | $ 35.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 3,590.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 3,747.83 |
| b. | Average monthly expenses from Line 18 above | $ 3,590.00 |
| c. | Monthly net income (a. minus b.) | $ 157.83 |

B6J (Official Form 6J) (12/07)

In re   Howard Leslie
        Carolann Leslie                                    Case No.  07-47101
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| 2 Cell Phones | $ 75.00 |
| Internet | $ 20.00 |
| **Total Other Utility Expenditures** | $ 95.00 |

N. LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 190,000.00 | 111,500.00 | 78,500.00 | 18,500.00 | 60,000.00 |
| VEHICLES | 12,500.00 | 10,000.00 | 5,500.00 | 5,500.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 4,300.00 | 0.00 | 4,300.00 | 4,300.00 | 0.00 |
| JEWELRY | 150.00 | 0.00 | 150.00 | 150.00 | 0.00 |
| CASH/BANK ACCOUNTS | 100.00 | 0.00 | 100.00 | 100.00 | 0.00 |
| OTHER | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Amount available upon liquidation $ 60,000.00

Less administrative expenses and costs $ 13,000.00

Less priority claims $ 4,889.00

Amount Available in Chapter 7 $ 42,111.00